UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

Carl A. Wescott

(full name of plaintiff or petitioner)

vs.

Robert J. Block, et al.

(full name of defendant(s) or respondent(s))

APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS / FINANCIAL AFFIDAVIT (NON-PRISONER CASE)

Case number: _____

FILED

AUG 03 2022 CR

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**Instructions:** Please answer every question. Do not leave blanks. If the answer is "0" or "none," say so.

**Application:** I am one of the parties in this case. I believe that I am entitled to the relief I am requesting in this case. I am providing the following information under penalty of perjury in support of my request (check all that apply):

[✔] to proceed *in forma pauperis* (IFP) (without prepaying fees or costs)
[ ] to request an attorney

1. *Are you employed?*
   [ ] Yes   Name and address of employer: _____
            Total amount of monthly take-home pay: _____
   [✔] No   Date(s) of last employment: July 4, 2019   Last monthly take-home pay: $12,500 monthly

2. *If married, is your spouse employed?* [✔] Not married
   [ ] Yes   Name and address of spouse's employer: _____
            Total amount of spouse's monthly take-home pay: _____
   [ ] No   Date(s) of spouse's last employment: _____   Spouse's last monthly take-home pay: _____

3. *Other sources of income / money:* For the past 12 months, list the amount of money that you and/or your spouse have received from any of the following sources:

   (list the 12-month total for each)

   | Source | Amount |
   |---|---|
   | Self-employment, business, or profession: | $ 0 |
   | Income from interest or dividends: | $ 0 |
   | Income from rent payments: | $ 0 |
   | Pensions, annuities, or life insurance: | $ 0 |
   | Disability or worker's compensation: | $ 0 |
   | Gifts (including deposits into any accounts in your name): | $ 0 |
   | Unemployment, public assistance, or welfare: | $ 4188 (Exhibit A) |
   | Settlements or judgments (include any that are expected): | $ 8000 |
   | **Any other source of money:** | $ 0* |

   ↳ *see page 3*

4. *Cash and bank accounts:* Do you and/or your spouse have any money in cash or in a checking or savings account? ☑ Yes ☐ No  If yes, how much? about $190

5. *Other assets:* Do you and/or your spouse own or have an interest in any real estate (including your home), stocks, bonds, other securities, retirement plans, automobiles, jewelry, or other valuable property (not including ordinary household furnishings and clothing)? ☑ Yes ☐ No

   If yes, list each item of property and state its approximate value:
   I was promised 1% of the stock of SparkLabs Foundry, Inc

   I own two Arizona LLCs, neither of which has any earned income, both of which have a negative book value

6. *Dependents:* Is anyone dependent on you and/or your spouse for support? ☐ Yes ☑ No

   If yes, please list their names (for minor children, use only initials); relationship to you; and how much you and/or your spouse contribute toward their support each month:

7. *Debts and financial obligations:* List any amounts you owe to others:
   Please see attached

8. *Provide any other information that will help explain why you cannot afford to pay court fees / hire an attorney:*
   Please see attached.

**Declaration**: I declare under penalty of perjury that all of the information listed above is true and correct. I understand that a false statement may result in dismissal of my claims or other sanctions.

Date: July 19th 2022

Applicant's signature

Carl A. Wescott
Printed name

## 7. Debts and Financial Obligations

I owe my mother, Marjatta Wescott, over US $72,000 of principal + interest from a loan.

I owe my sister, Nicole Wescott, over US $30,000 of principal + interest from a loan.

I owe my ex-girlfriend, Olga Africawala, over US $85,000 of principal + interest from a loan.

## 8. Further information

My last full-time job was as a Managing Director within the SparkLabs Group, for whom I was supposed to manage a fund.

My salary was $150,000 per year ($12,500 per month).

Unfortunately, I discovered securities fraud at the fund and was fired in retaliation for threatening to whistleblow, and then for actually whistleblowing, to the SEC.

My last day was July 4th, 2019.

I have not had a job since then.

I expect to start making significant money again soon, but at present, my financial situation is challenging.

*A. Wescott* (signature)

\* I put an asterisk at the bottom of page 1 because I have been borrowing money to survive... while not earned income per se, it is "another source of money."

I borrowed approximately $6,000 over the past 12 months.

p. 3





This is my EBT/SNAP/ food stamps card.