**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Carl A. Wescott | 1:22-cv-04170 |
| **DEFENDANT** | **TYPE OF PROCESS** |
| Milla Lvovich, et al. | service of process (legal complaint) |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Milla Lvovich

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
c/o Lvovich & Szucsko, P.C., 50 Osgood Pl Ste 500, San Francisco, CA 94133-4665

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Carl A. Wescott
8210 E. via de la Escuela
Scottsdale, AZ 85258

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 5 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

The office number is listed as +1 415-392-2560.

Signature of Attorney other Originator requesting service on behalf of: *pro se plaintiff* [X] PLAINTIFF [ ] DEFENDANT
TELEPHONE NUMBER: +1 936 937 2688
DATE: 10/26/2022

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 3/5 | No. 24 | No. | DF | 11/2/2022 |

I hereby certify and return that I [X] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | |
|---|---|---|---|
| NADIA HENZY (LEGAL ASST) | 11/30/22 | 1027 | [X] am [ ] pm |

Address *(complete only different than shown above)*

Signature of U.S. Marshal or Deputy

*Costs shown on attached USMS Cost Sheet >>*

**REMARKS**

1 DUSM
1 HR
4 MILES

FILED 12/8/2022 SMB
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Form USM-285
Rev. 03/21