51550070BO

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CARL A. WESCOTT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 1:22-CV-04170 |
| | ) | |
| ROBERT J. BLOCK, MONETTE STEPHENS, TERRY SZUCSKO, ESQ., LVOVICH & SZUCSKO, P.C.; and MILLA LVOVICH, ESQ., | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS TERRY SZUCSKO, MILLA LVOVICH AND**
**LVOVICH & SZUCSKO, P.C.'S**
**MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Defendants Terry Szucsko, Milla Lvovich and Lvovich & Szucsko, P.C. (referred to collectively as "Attorney Defendants"), by and through their attorneys Daniel K. Cray and Melissa H. Dakich of Cray Huber Horstman Heil & VanAusdal LLC, respectfully move this Court to dismiss plaintiff's complaint under Fed R. Civ. P. 12(b)(2) for lack of personal jurisdiction over these defendants, or in the alternative, under Fed. R. Civ. P. 12(b)(6) as plaintiff's claims are untimely, barred under the doctrine of *res judicata* and otherwise insufficient.

1. Pro se Plaintiff, an Arizona resident, filed a multi-count complaint against his ex-wife, and the California-based Attorney Defendants who represented his ex-wife's interests in their marital dissolution proceeding and related family matters, which took place in California, from 2014 through 2020. Plaintiff, who has been designated a vexatious litigant in California, filed a substantively identical lawsuit in the Northern District of California. There, the District Court dismissed plaintiff's claims against the Attorney Defendants with prejudice.

2. Plaintiff alleges that his ex-wife and her California attorneys, the Attorney Defendants, bribed the law office of plaintiff's Illinois-based legal counsel to steal confidential and privileged information from plaintiff. The claims against the Attorney Defendants include misappropriation of trade secrets, violations of the Fair Debt Collection Practice Act and the Rosenthal Fair Debt Collection Act, intrusion upon seclusion, intentional interference with contract, intentional interference with prospective economic advantage, negligent interference with prospective economic advantage, and aiding and abetting fiduciary breach.

3. The Attorney Defendants seek dismissal of plaintiff's complaint based on lack of personal jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(2) as the Attorney Defendants lack sufficient minimum contacts with Illinois to establish either general or specific jurisdiction in the forum state. *Tamburo v. Dworkin*, 601 F.3d 693, 701 (7th Cir. 2010).

4. In the alternative, and if this Court finds that it can exercise personal jurisdiction over the Attorney Defendants, the Attorney Defendants move for dismissal pursuant to Federal Rule of Civil Procedure 12(b)(6) as plaintiff's complaint is barred by res judicata, is untimely, and fails to properly state claims against the Attorney Defendants. Although a complaint is not required to set forth detailed factual allegations, the complaint must allege more than basic conclusory allegations. *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009).

5. For the reasons set forth herein and more fully set forth in the Attorney Defendants' Memorandum of Law in Support of Their Motion to Dismiss, which will be filed contemporaneously with this motion, the Attorney Defendants move this Court to either dismiss this matter for lack of personal jurisdiction, or, in the alternative and if this Court finds it has personal jurisdiction over the Attorney Defendants, the Attorney Defendants seek dismissal with

prejudice on the basis that plaintiff's claims are barred under the doctrine of *res judicata*, are untimely, and fail to state a claim for which relief can be granted.

                                        Respectfully submitted,

                                        CRAY HUBER HORSTMAN HEIL
                                        & VanAUSDAL LLC

                                        *Daniel K. Cray*
                                        Daniel K. Cray

Daniel K. Cray (ARDC #6180832)
Zachary G. Shook (ARDC #6305057)
CRAY HUBER HORSTMAN HEIL
& VanAUSDAL LLC
303 W. Madison Street, Suite 2200
Chicago, IL 60606
(312) 332-8450
dkc@crayhuber.com
zgs@crayhuber.com
*Attorneys for Defendants Terry Szucsko, Esq.,*
*Milla Lvovich, Esq. and Lvovich & Szucsko, P.C.*