51550070BO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CARL A. WESCOTT, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:22-CV-04170 |
| | ) |
| ROBERT J. BLOCK, MONETTE STEPHENS, TERRY SZUCSKO, ESQ., LVOVICH & SZUCSKO, P.C.; and MILLA LVOVICH, ESQ., | ) |
| | ) |
| Defendants. | ) |

## DECLARATION OF TERRY SZUCSKO

Pursuant to 28 U.S.C. § 1746, I hereby declare under personal knowledge as follows:

1. I am a licensed attorney practicing in the area of family law in California. I am a partner in the law firm, Lvovich & Szucsko, P.C., which is located at 50 Osgood Pl., Suite 500, San Francisco, California.

2. I represented Monette Stephens in her divorce proceeding with Carl A. Wescott and in related proceedings from 2014 to July 22, 2020, when I withdrew as attorney of record for Monette Stephens.

3. Lvovich & Szucsko, P.C. maintains no offices in Illinois, and I maintain no offices or homes in Illinois.

4. I have never practiced law in the state or federal courts of Illinois, and I am not licensed to practice law in Illinois.

5. Lvovich & Szucsko, P.C. has no clients in Illinois, and the firm does not solicit clients in Illinois.

1



**EXHIBIT B**

6. Neither I nor anyone from Lvovich & Szucsko, P.C. ever travelled to Illinois to meet with Robert J. Block. While I responded to a few emails from Robert J. Block, neither I nor anyone from Lvovich & Szucsko, P.C. ever paid any money to Robert J. Block for any purpose.

7. Neither I nor anyone from Lvovich & Szucsko, P.C. ever employed or retained the services of Robert J. Block for any purpose.

8. My practice consists primarily of family law, and I do not engage in the practice of consumer debt collection on a regular basis or otherwise. I have never held myself out as a debt collector or solicited business to act as a debt collector.

9. I did not attempt to collect a consumer debt from Carl A. Wescott. I issued subpoenas in connection with the judicial enforcement of Carl A. Wescott's delinquent child support and other payments owed in the family law matter involving my client, Ms. Stephens.

10. I declare under penalty of perjury that the foregoing is true and correct and I would testify to the above facts at trial or hearing.

Executed on this 20th day of December 2022.

Terry Szucsko