51550070BO

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| CARL A. WESCOTT, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 1:22-CV-04170 |
| ) | |
| ROBERT J. BLOCK, MONETTE ) | |
| STEPHENS, TERRY SZUCSKO, ESQ., ) | |
| LVOVICH & SZUCSKO, P.C.; and ) | |
| MILLA LVOVICH, ESQ., ) | |
| ) | |
| Defendants. ) | |

## DECLARATION OF MILLA LVOVICH

Pursuant to 28 U.S.C. § 1746, I hereby declare under personal knowledge as follows:

1. I am a licensed attorney practicing in the area of business, real estate and intellectual property litigation, and trusts and estates litigation in California. I am a partner in the law firm, Lvovich & Szucsko, P.C., which is located at 50 Osgood Pl., Suite 500, San Francisco, California.

2. I do not practice family law and I never represented or counseled Monette Stephens in her divorce proceeding with Carl A. Wescott or in any related proceedings.

3. Lvovich & Szucsko, P.C. maintains no offices in Illinois, and I maintain no offices or homes in Illinois.

4. I have never practiced law in the state or federal courts of Illinois, and I am not licensed to practice law in Illinois.

5. Lvovich & Szucsko, P.C. has no clients in Illinois, and the firm does not solicit clients in Illinois.

1



**EXHIBIT C**

6. I have never communicated with Robert J. Block about Monette Stephens' marital dissolution proceedings or about any other matter. I never paid any money to Robert J. Block for any purpose.

7. I never employed or retained the services of Robert J. Block for any purpose.

8. My practice consists of civil litigation, focusing primarily on business and real estate disputes, intellectual property litigation, and trusts and estates litigation. I do not engage in the practice of consumer debt collection on a regular basis or otherwise. I have never held myself out as a debt collector or solicited business to act as a debt collector.

9. I did not attempt to collect a consumer debt from Carl A. Wescott. I did not issue any subpoenas to any third parties in connection with the judicial enforcement of Carl A. Wescott's delinquent child support and other payments owed in the family law matter.

10. I declare under penalty of perjury that the foregoing is true and correct and I would testify to the above facts at trial or hearing.

Executed on this 20th day of December 2022.

*Milla Lvovich*
Milla Lvovich

2