UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Carl A. Wescott

                              Plaintiff,

v.                                                              Case No.: 1:22−cv−04170
                                                              Honorable Thomas M. Durkin

Robert J Block, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 8, 2023:

      MINUTE entry before the Honorable Thomas M. Durkin: Defendants Terry Szucsko, Milla Lvovich, and Lvovich & Szucsko, P.C. (collectively, "Attorney Defendants") filed a motion [19] to dismiss Plaintiff's complaint under Fed. R. Civ. P. 12(b)(2) for lack of personal jurisdiction and under Fed. R. Civ. P. 12(b)(6) as barred by res judicata, untimely, and for failing to state a claim for which relief can be granted. Plaintiff did not file an opposition by the deadline or otherwise seek an extension. Even if the motion was opposed, dismissal is appropriate because the claims against the Attorney Defendants are barred by res judicata. Hudson v. City of Chicago, 228 Ill.2d 462 (Ill. 2008) (res judicata requires (1) a final judgment on the merits rendered by a court of competent jurisdiction, (2) the same cause of action, and (3) the same parties or their "privies"). Plaintiff brought the same causes of action based on nearly identical factual allegations against the same defendants in Wescott v. Block, 2022 WL 2114553 (N.D. Cal. June 13, 2022). In both complaints, Plaintiff alleges that the Attorney Defendants represented his ex−wife in family law proceedings, conspired against Plaintiff by paying a paralegal that worked for Plaintiff's counsel to steal confidential information for his ex−wife's benefit, and used that information to financially harm Plaintiff. The only difference between the complaints is that this complaint alleges that the Attorney Defendants disrupted Plaintiff's commercial relationship with a different third party. But that conduct occurred between 2018 and 2019 and was thus known to Plaintiff when he filed the Northern District of California suit in January 2022. See Aaron v. Mahl, 550 F.3d 659, 664 (7th Cir. 2008) ("Res judicata bars not only those issues actually decided in the prior suit, but all other issues which could have been brought."). The Northern District of California court dismissed all claims against the Attorney Defendants with prejudice, which constitutes a final judgment on the merits. See Wescott, 2022 WL 2114553, at *3; Chicago Title Land Tr. Co. v. Potash Corp. of Saskatchewan Sales, 664 F.3d 1075, 1079 (7th Cir. 2011). Therefore, Plaintiff's claims against the Attorney Defendants are barred by res judicata and dismissed with prejudice. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.