## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
## Eastern Division

Carl A. Wescott

         Plaintiff,

v.                   Case No.: 1:22−cv−04170
                  Honorable Thomas M. Durkin

Robert J Block, et al.

         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 22, 2023:

   MINUTE entry before the Honorable Thomas M. Durkin: Plaintiff is to file a written status report regarding the remaining defendants by 4/5/2023, or this case will be dismissed for want of prosecution. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.