# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Carl A. Wescott

                    Plaintiff,

v.                                                   Case No.: 1:22−cv−04170

                                                    Honorable Thomas M. Durkin

Robert J Block, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 12, 2023:

      MINUTE entry before the Honorable Thomas M. Durkin: By order dated 2/13/2023 Plaintiff was directed to file a written status report regarding the remaining defendants by 3/15/2023. On 3/22/2023 an order was entered extending the deadline to 4/5/2023. Plaintiff was warned that failure to file a status report by that date would result in in dismissal for want of prosecution. Plaintiff has not filed the requested status report. This case is dismissed without prejudice for failure to prosecute. Civil case terminated. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.